No. 88–6549. KUKU *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 88–6550. SHUSTER *v.* MARTINEZ, GOVERNOR OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 88–6553. NOLLSCH *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 88–6557. MARSHALL *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–6560. HENDERSON *v.* GREER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–6564. HOLGUIN *v.* DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6571. HILLMAN *v.* CITY OF SPOKANE. Super. Ct. Wash., Spokane County. Certiorari denied.

No. 88–6575. LANDES *v.* YOST, COMMANDANT, UNITED STATES COAST GUARD. C. A. 3d Cir. Certiorari denied.

No. 88–6590. WEBER *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 88–6591. WOODFIN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 88–6592. PENNOCK *v.* ARTHUR F. SCHULTZ CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6593. PETRARCA *v.* PICERNE ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–6594. MAGHE *v.* WALLMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 88–6596. WOOD *v.* VETERANS ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6599. MASON *v.* PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.